PEARCE, Respondent, v. STACE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Carrie W. Pearce against William A. Stace.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined pursuant to section 231 of the Code of Civil Procedure.

ROBSON, J., not sitting.